Todd M. Friedman (216752)
Nicholas J. Bontrager (SBN 252114)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com

L. Paul Mankin, IV (SBN 264038)
Law Offices of L. Paul Mankin, IV
8730 Wilshire Blvd, Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 866-633-0228

*Attorneys for Plaintiff and all others similarly situated*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FLORENCIO PACLEB,** ) | Case No. 2:13-cv-03090-R-FFM |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **CAREER EDUCATION** ) | |
| **CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A

Notice of Settlement - 1

Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 10th day of July, 2013.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 10th day of July, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Manuel L. Real
United States District Court
Central District of California

Gregory S. Korman
Katten Muchin Rosenman LLP
Attorney for Defendant

This 10th day of July, 2013.

s/Todd M. Friedman
Todd M. Friedman